UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. REID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMO JASON NASH, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00549-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, WITHOUT PREJUDICE<br><br>(ECF No. 9)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　Walter Reid ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action.

　　　　Plaintiff filed the complaint commencing this action on April 26, 2022. (ECF No. 1). On June 7, 2022, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 9).

　　　　According to Plaintiff's application, Plaintiff has approximately $90,000 in an Individual Retirement Account. (ECF No. 9, p. 2). Thus, it appears that Plaintiff can afford to pay the filing fee for this action. However, it is not clear if Plaintiff has access to the funds.[1]

　　　　Accordingly, IT IS ORDERED that:

　　　　　　1. Plaintiff's application to proceed *in forma pauperis* is denied without prejudice;

---

[1] The Court notes that it will not contact Plaintiff's sister on Plaintiff's behalf to arrange for payment of the filing fee.

2. Plaintiff has thirty days from the date of service of this order to: 1) Pay the $402 filing fee in full; 2) File an application to proceed *in forma pauperis* that sufficiently explains why he cannot afford to pay the filing fee despite substantial funds in his Individual Retirement Account; or 3) Re-file his current application to proceed *in forma pauperis*, in which case the Court will issue findings and recommendations to a district judge recommending that it be denied;[2] and

3. The Clerk of Court is directed to send Plaintiff a blank application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **June 8, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff does not need to submit a new Trust Account Statement.