UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. REID,<br><br>        Plaintiff,<br><br>    v.<br><br>CMO JASON NASH, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00549-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION TO ORDER SAN QUENTIN STATE PRISON TO DEDUCT THE $402 FILING FEE FROM PLAINTIFF'S ACCOUNT<br><br>(ECF No. 13)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO THE WARDEN AND THE LITIGATION COORDINATOR AT SAN QUENTIN STATE PRISON |

   Walter Reid ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action. On June 8, 2022, the Court gave Plaintiff thirty days to: "1) Pay the $402 filing fee in full; 2) File an application to proceed *in forma pauperis* that sufficiently explains why he cannot afford to pay the filing fee despite substantial funds in his Individual Retirement Account; or 3) Re-file his current application to proceed *in forma pauperis*, in which case the Court will issue findings and recommendations to a district judge recommending that it be denied." (ECF No. 10, p. 2).

   On June 29, 2022, Plaintiff filed a motion noting that he intends to pay the filing fee, but that he is waiting for the funds to arrive and so needs an extension of time to pay. (ECF No. 11). Plaintiff's motion was granted. (ECF No. 12).

   On August 8, 2022, Plaintiff filed a motion asking the Court to order San Quentin State

Prison to deduct the $402 filing fee from Plaintiff's prison funds. (ECF No. 13). Plaintiff states that he received the funds on July 1, 2022, and on July 6, 2022, he submitted the paperwork for the payment to the accounting office. Since then, Plaintiff has submitted two requests for confirmation of payment, but he has not received any response. Plaintiff asks the Court to order San Quentin State Prison to deduct the $402 filing fee immediately "or to take action that this court deems appropriate." (ECF No. 13, p. 2).

The Court will not order San Quentin State Prison to deduct the $402 filing fee from Plaintiff's prison funds at this time. However, the Court notes that Plaintiff must pay the filing fee, and will grant Plaintiff an extension of time to do so. The Court will also send a copy of this order to the Warden and the Litigation Coordinator at San Quentin State Prison so that they will be made aware of the difficulty Plaintiff is experiencing in getting the payment processed.

Accordingly, IT IS ORDERED that:

1. Plaintiff has thirty days from the date of service of this order to pay the $402 filing in full; and
2. The Clerk of Court is directed to send a copy of this order to the Warden and the Litigation Coordinator at San Quentin State Prison.

IT IS SO ORDERED.

Dated:   **August 10, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE