UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. REID,<br><br>              Plaintiff,<br><br>       v.<br><br>CMO JASON NASH, et al.,<br><br>              Defendants. | Case No. 1:22-cv-00549-ADA-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON FEBRUARY 23, 2023<br><br>(ECF No. 18)<br><br>ORDER GRANTING PLAINTIFF FORTY-FIVE DAYS TO (1) FILE A FIRST AMENDED COMPLAINT; OR (2) NOTIFY THE COURT THAT HE WANTS TO PROCEED ONLY ON HIS EIGHTH AMENDMENT CLAIM AGAINST DEFENDANT GREEN FOR DELIBERATE INDIFFERENCE TO HIS SERIOUS MEDICAL NEEDS<br><br>(ECF No. 21) |

Walter R. Reid ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on April 26, 2022. (ECF No. 1). Plaintiff alleges that he had urinary retention issues and complains about the subsequent treatment he received (or failed to receive), including the failure to properly and timely remove a suprapubic catheter.

The Court reviewed the complaint and found that the following claim should proceed past screening: Plaintiff's Eighth Amendment claim against defendant Green for deliberate indifference to his serious medical needs. (ECF No. 15). The Court also found that no other claims should proceed past screening. (Id.).

1

The Court gave Plaintiff thirty days to either: "a. File a First Amended Complaint; b. Notify the Court in writing that he does not want to file an amended complaint and instead wants to proceed only on his Eighth Amendment claim against defendant Green for deliberate indifference to his serious medical needs; or c. Notify the Court in writing that he wants to stand on his complaint." (Id. at 16). On February 21, 2023, Plaintiff filed his response to the Court's screening order, stating that he wants to stand on his complaint and have it reviewed by a district judge. (ECF No. 16). Accordingly, the Court issued findings and recommendations to the district judge consistent with the screening order. (ECF No. 18).

On March 23, 2023, Plaintiff filed a motion for an extension of time to file a First Amended Complaint against defendant Green. (ECF No. 21). Plaintiff states that he is now receiving assistance in litigating this action. Plaintiff now wants to proceed with a First Amended Complaint solely against defendant Green. Plaintiff asks the Court to vacate the extension of time to file objections to the Court's findings and recommendations and for a forty-five-day extension of time to file his First Amended Complaint.

Given Plaintiff's assertions, the Court will vacate the findings and recommendations issued on February 23, 2023. The Court also notes that if Plaintiff wants to proceed only on his claim against defendant Green for deliberate indifference to his serious medical needs, he does not need to file a First Amended Complaint. Instead, he may file a statement that he wants to go forward only on this claim. If Plaintiff files a statement that he wants to go forward only on this claim, the Court will authorize service of process on defendant Green, and the case will proceed on this claim. However, Plaintiff may file an amended complaint if he believes there are additional relevant factual allegations regarding his claim(s) against defendant Green that he did not include in his original complaint. The Court will grant Plaintiff forty-five days to either file his First Amended Complaint or notify the Court in writing that he does not want to file an amended complaint and instead wants to proceed only on his Eighth Amendment claim against defendant Green for deliberate indifference to his serious medical needs that is included in his original complaint.

\\\

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on February 23, 2023 (ECF No. 18), are VACATED;
2. Plaintiff has forty-five days from the date of service of this order to either:
    a. File a First Amended Complaint; or
    b. Notify the Court in writing that he does not want to file an amended complaint and instead wants to proceed only on his Eighth Amendment claim against defendant Green for deliberate indifference to his serious medical needs that is included in his original complaint.
3. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **March 27, 2023**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE