Walter R. Reid #P-68257
Name and Prisoner/Booking Number

CSP-San Quentin
Place of Confinement

1 Main
Mailing Address

San Quentin CA 94974
City, State, Zip Code

FILED

APR 03 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Walter R. Reid
(Full Name of Plaintiff)
                    Plaintiff,

v.

(1) Barry Green
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-00549-ADA-EPG (PC)
1:22
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

RECEIVED
APR 03 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Avenal State Prison, Avenal CA

## B. DEFENDANTS

1. Name of first Defendant: __Barry Green_____. The first Defendant is employed as: __Physician Assistant_____ at __Avenal State Prison_____.
   (Position and Title)                                        (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                        (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                        (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>(42 U.S.C. § 1983, 8th Amendment to U.S. Constitution) (Walter R. Reid v. Barry Green)</u>

   First Cause of action continued...

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff Walter R. Reid alleges as follows:

   **I. INTRODUCTION**
   This is a civil rights complaint for declaratory relief and monetary damages brought over deliberate indifference to serious medical needs in violation of the legal rights of plaintiff Walter R. Reid while he was incarcerated at Avenal State Prison by defendant Barry Green, who was the Physician Assistant at the time he was denied medications.

   **II. JURISDICTION AND VENUE**
   1. This is a civil rights action under 42 U.S.C. § 1983 to redress the deprivation under color of state law of rights, privileges and immunities guaranteed by the Eighth Amendment of the United States Constitution. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.
   2. This Court has jurisdiction over plaintiff's action for declaratory relief pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure.

   Continued...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I contracted a bladder infection that required surgery and medications due to the defendant refusing to provide medical care and treatment when summoned.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

1. of Civil Procedure.
2. 3. Venue is proper in the Eastern District of California under
3. 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving
4. rise to the claim occurred at Avenal State Prison, in the Eastern
5. District of California.
6.
7.                     III. PARTIES
8. 4. Plaintiff Walter R. Reid is now incarcerated, but was at all times
9. relevant to this action a convicted inmate incarcerated in the
10. California Department of Corrections and Rehabilitation (hereinafter
11. CDCR), Avenal State Prison (hereinafter ASP).
12. 5. Defendant Barry Green was at all relevant times the Physician
13. Assistant at Avenal State Prison, and is sued herein in his individual
14. capacity.
15. 6. At all times mentioned herein, the defendant were an employee of
16. the California Department of Corrections and Rehabilitation.
17.
18.             IV. INTRA-DISTRICT ASSIGNMENT
19. 7. The events giving rise to this lawsuit took place in Kings County
20. and thus this case should be assigned to the Fresno Division of the
21. Eastern District of California pursuant to Rule 3-2(d) of the Local
22. Rules of the Eastern District of California.
23.
24.                V. FACTUAL ALLEGATIONS
25. 8. Plaintiff, while housed in Avenal State Prison in July 2021,
26. suffered from severe urination deficiency.
27. 9. Therefore, on July 31, 2021, at approximately 10:00 a.m., he went
28. to the clinic on the yard because he was unabled to urinate on his

(3a)

own. He was sent to the Central Medical Unit were they inserted a catheter, which relieved 400-plus units of urine. A urine analysis revealedsan infection, and I was administered antibiotics. He was then admitted to the infirmary for overnight observation.

10. Later that same day, he was still unabled to urinate on his own and the on-site male nurse reinserted a catheter to remain in place however the catheter ruptured something and thick blood began coming through the catheter without urine. The blood had clogged the catheter and forced its way pass the catheter and through my penis.

11. My bladder was filling up with blood and urine and i was in extreme pain. I was finally sent to Aventist Medical E.R. in Hanford on August 1, 2021 at approximately 1:00 a.m..

12. Aventist doctor's tried three times to reinsert a catheter but were unsuccessful. Finally, a surgeon general inserted a suprapubic catheter, which relieved over 700 units of blood and urine.

13. On September 13, 2021 I was sent back to Aventist E.R. to have the SPC removed and was administered morphine, after being stabbed in the bladder.

14. On October 17, 2021, I notified Nurse Angarra that my pain was increasing daily. She then stated my Ibuprofen and other related medications were stopped due to upcoming surgery. She then asked if Dr. K had previously issued Tylenol 3, which I replied yes. Nurse Angarra then requested from Physician Assistant defendant Green to renew the prescription for T3 but he refused stating it was only superficial and refused a cursory glance and examination at my request as well as Nurse Angarra.

15. The following day of October 18, 2021, I was seen by PCP Dr. K and once she observed blood coming through the catheter, she without hesitation prescribed Tylenol 3 and conducted a lab test that revealed

an infection which defendant Green should have been aware of through the summoning of medical care by plaintiff and Nurse Angarra. Anibiotics for the infection had to also be prescribed due to the lack of defendant Green unreasonable medical treatment.

16. Plaintiff subsequently received surgey on October 28, 2021, and remained on medications for his infection.

17. Plaintiff filed an administrative health care appeal 602, complaining of defendant Green refusal to treat plaintiff and prescribe medications for his bladder infection, log number ASP SC 21000036. The appeal was answered at the Headquarters' Level on March 16, 2022. He was informed that no intervention would be granted and that the decision exhausts administrative remedies. Habeas corpus would be futile.

18. Although plaintiff repeatedly informed medical staff of the ill-treatment he suffered at the hands of defendant Physician Assistant and defendant Green, including the 602 and statements to other medical staff, on information and belief defendant Green failed to exercise due care, he was not disciplined for his actions and inactions.

19. Defendant Green knew or should have known that plaintiff was suffering from bladder infection on on October 17, 2021. Instead of treating plaintiff, he willfully and without provocation refused medical care. Defendant Green ignored plaintiffs complaint with blood coming out of his Supra Pelvic Catheter.

20. On information and belief, defendant Green failed to ensure that plaintiff's condition would not be exacerbated under his adequate medical care and treatment.

(3c)

FIRST CAUSE OF ACTION CONTINUED...

1. 21. The allegations contained in paragraphs 1 through 20, inclusive,
2. are hereby incorporated by reference.
3. 22. Defendant Green violated plaintiff's right to be free from cruel
4. and unusual punishment guaranteed to the plaintiff by the Eighth Amend-
5. ment of the United States Constitution by his actions of intimidation,
6. abuse, harassment and other violations of law against plaintiff.
7. 23. Defendant Green violated plaintiff's right to be free from cruel
8. and unusual punishment guaranteed to the plaintiff by the Eighth Amend-
9. ment of the United States Constitution by his failure to provide
10. adequate medical care and treatment.
11. 24. Defendant's wrongful actions alleged herein are in violation of
12. 42 U.S.C. § 1983 because they have deprived plaintiff of rights,
13. benefits, and privileges secured by the United States Constitution.
14. 25. Defendant Green acted under a color of state law.
15. 26. Defendant Green knew or should have known that his conduct,
16. attitudes and actions created an unreasonable risk of serious harm to
17. plaintiff.
18. 27. The actions and conduct of defendant Green demonstrate deliberate
19. indifference to plaintiff's Eighth Amendment rights.
20. 28. As a proximate result of the defendant's violation of plaintiff's
21. right to be free from cruel and unusual punishment of inadequate
22. medical care and treatment while he was at Avenal State Prison
23. plaintiff had ~~[redacted]~~
24. ~~[redacted]~~ to endure unnecessary pain and suffering.
25. 29. As a direct and foreseeable result of the defendant's violations
26. of the Eighth Amendment, plaintiff has ~~[redacted]~~
27. ~~[redacted]~~
28. ~~[redacted]~~

endured unnecessary pain and suffering.

(3d)

FIRST CAUSE OF ACTION CONTINUED...

1. ~~[redacted]~~
2. 30. An actual controversy exists between plaintiff and defendant
3. concerning their rights, privileges, and obligations.
4. 31. Defendant Green acts were willful, intentional, malicious, wanton,
5. and despicable in conscious disregard of plaintiff's rights, entitling
6. plaintiff to an award of exemplary damages.

(3e)

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: ___NONE___

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ___NONE___

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   ___NONE___

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: __NONE__

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   NONE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   NONE

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?    ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?    ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Wherefor, plaintiff respectfully prays for relief as follows: 1. Issue a declaratory judgment that the defendant's actions complained of herein violate plaintiff's rights under the U.S. Constitution and otherwise alleged herein; 2. Award plaintiff monetary damages, compensatory and punitive, in an amount to be determined at trial; 3. Award the costs of suit and reasonable attorney's fees; 4. Grant plaintiff such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 29, 2023_
DATE

SIGNATURE OF PLAINTIFF

_Timothy Peoples Jr., L.A._
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

## DECLARATION OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(CCP 1013(A).2015.5)

I, WALTER R. REID, the undersigned, declare:

I am over the age of 18 years, and is Plaintiff a party to this matter. I am a resident of SAN QUENTIN STATE PRISON, in the County of Marin, State of California. My prison address is as follows:

CDCR Number P68257, Cell # 4-B-21 low

SAN QUENTIN STATE PRISON

SAN QUENTIN, CALIFORNIA 94974

On, March 29, 2023, I served the attached:

Two copies of amended complaint. Case # 1:22-CV-00549-ADA-EPG(PC)

on the parties, at the address listed below, by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff) with postage fully prepaid, in a deposit box provided by San Quentin State Prison, for mailing in the United States Mail as per the regulations governing out-going Legal Mail.

United States District Court, Eastern District of California Office of the clerk, 2500 Tulare Street Room 1501 Fresno CA 93721-2201

I declare under penalty of perjury, under the laws of the State of California, that all the forgoing is true and correct.

Executed on March 29, 2023, at San Quentin, State of California.

Walter R. Reid

DECLARANT