1

2

3

4

5

6

7                                     UNITED STATES DISTRICT COURT

8                                     EASTERN DISTRICT OF CALIFORNIA

9

10    WALTER R. REID,                                Case No.   1:22-cv-00549-ADA-EPG (PC)

11                          Plaintiff,

12         v.                                         ORDER DENYING MOTION FOR LIST OF
                                                      STENOGRAPHERS
13    BARRY GREEN,
                                                      (ECF No. 35)
14                          Defendant.

15

16         Plaintiff Walter R. Reid is a state prisoner proceeding *pro se* in this civil rights

17    action filed pursuant to 42 U.S.C. § 1983. The Court recently opened discovery on September 11,

18    2023. (ECF No. 34).

19         Now before the Court is Plaintiff's motion for a list of stenographers to depose certain

20    witnesses in this case. (ECF No. 35). Specifically, Plaintiff states that he is unable to locate a

21    stenographer for purposes of deposing witnesses because his prison's law library has been of no

22    help and the Yellow Pages does not list any. *See* Fed. R. Civ. P. 30(b)(3)(A) (noting that

23    "stenographic means" is one method for recording testimony in a deposition). Plaintiff asks for a

24    list of stenographers from the Court and states that he "is willing to pay the costs for a Court

25    appointed stenographer for three hours."

26         The Court will deny the motion. Plaintiff cites no authority, nor is the Court aware of any,

27    the permits the Court to appoint a stenographer for purposes of facilitating a deposition for

28    Plaintiff. *See Jackson v. Runnels*, No. CIV S-05-1531 LKK EFB P, 2009 WL 211232, at *1 (E.D.

1    Cal. Jan. 28, 2009), *report and recommendation adopted*, 2009 WL 782080 (E.D. Cal. Mar. 23,

2    2009) (denying motion requesting the court's assistance in arranging oral depositions of

3    defendants). Moreover, the Court does not maintain a list of stenographers for purposes of

4    recording deposition testimony. Rather, under Rule 30, it is the party's responsibility to make the

5    arrangements for an oral deposition. *See* Fed. R. Civ. P. 30(b)(1) (specifying various requirements

6    for party who wants to depose a person).

7            Plaintiff is advised that, if he is unable to arrange a deposition, he has other means of

8    obtaining discovery, which means are discussed in the Court's scheduling order. (ECF No. 34).

9    Further, Plaintiff is reminded as follows:

10           If Plaintiff wishes to take a deposition, Plaintiff must file a motion requesting
             permission to do so, specifically showing the ability to comply with the applicable
11           Federal Rules of Civil Procedure by providing the name of the person to be
             deposed, the name and address of the court reporter who will take the deposition,
12           the estimated cost for the court reporter's time and the recording, and the source of
             funds for payment of that cost. Plaintiff bears the responsibility to pay the costs of
13           the deposition, including the cost of copies of deposition transcript(s).

14   (*Id.* at 2-3).

15           Accordingly, IT IS ORDERED that Plaintiff's motion for a list of stenographers (ECF No.

16   35) is denied.

17
     IT IS SO ORDERED.
18

19    Dated:   __**September 26, 2023**__          ___/s/ Erica P. Grosjean___
20                                                 UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28