.
.



Walter R. Reid,
P-68257  4-B-21-L
San Quentin, CA 94974

In Pro Per/

"PLEASE RETURN CONFORMED COPY"

FILED
APR 04 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT

EASTERN DISTRICT OF CALIFORNIA

WALTER R. REID,
    Plaintiff,

CMO JASON NASH, et al.,
    Defendant's.

No. 1:22-cv-00549-ADA-EPG (PC)

MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT

## I.

### INTRODUCTION

Plaintiff respectfully moves this Court for leave to file a Second Amended Complaint pursuant to Federal Rules of Civil Procedure 15(a)(2). This motion is made in good faith and seeks to correct deficiencies previously identified by the Court by clarifying factual allegations and legal theories related to supervisory defendants and unidentified staff.

## II.

### LEGAL STANDARD

Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend a pleading should be freely given when justice so requires. The Ninth Circuit has consistently held that this policy is applied with extreme liberality. See <u>Owens v. Kaiser Foundation Health Plan, Inc.</u>, 224 F. 3d 708,

712 (9th Cir. 2001). In determining whether to grant leave, courts consider the presence or absence of the following factors: (1) bad faith, (2) undue delay, (3) prejudice to the opposing party, and (4) futility of amendment.

### III.
### ARGUMENT

#### A. The Amendment Is Made in Good Faith and Without Undue Delay

Plaintiff submits this motion in good faith to clarify allegations following the Court's prior orders. There has been no undue delay in presenting the proposed Second Amended Complaint, which is based on the same set of facts and includes additional allegations to support supervisory liability and constitutional claims.

#### B. Defendants Will Not Be Prejudices by the Amendment

The proposed amendments do not raise new claims that would unduly burden the Defendants or require significant additional discovery. The case remains in the early stages of litigation and allowing amendment will not result in prejudice to Defendants.

#### C. The Amendment is Not Futile

The proposed Second Amended Complaint states valid claims under the Eighth and Fourteenth Amendments and 42 U.S.C. § 1983. Plaintiff has added factual detail supporting supervisory liability under **Monell v. Dep't of Soc. Servs.**, 436 U.S. 658 (1978), and **Starr v. Baca**, 652 F. 3d 1202 (9th Cir. 2011).

## IV.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully request that the Court grant leave to file the attached Second Amended Complaint.

A copy of Plaintiff's Proposed Second Amended Complaint is attached hereto as **Exhibit "A"** AND IS SUBMITTED FOR THE Court's review in support of this motion.

I swear under the penalty of perjury under the laws of the State of California that all of the information in this motion requesting leave to amend is true and correct.

DATED: April 1, 2025

Respectfully submitted,

Walter R. Reid,
Plaintiff, In Pro Per

# E X H I B I T   " A "

## PROPOSED SECOND AMENDED COMPLAINT

Walter R. Reid v. CMO Jason Nash, et al.

Case No. 1:22-cv0054-EPG (PC)

This document is submitted as an attachment to Plaintiff's Motion for Leave to File a Second Amended Complaint

E X H I B I T   " A "