UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. REID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARRY GREEN,<br><br>　　　　　Defendant. | No. 1:22-cv-00549-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>Docs. 62, 69 |

　　　　Plaintiff Walter Reid is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The case proceeds on plaintiff's Eighth Amendment claim against defendant Green for deliberate indifference to his serious medical needs. Docs. 23, 24. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 4, 2025, plaintiff filed a motion for leave to file a second amended complaint. Doc. 62. Green filed an opposition to the motion on April 16, 2025. Doc. 64. Plaintiff filed a reply on May 1, 2025. Doc. 65. On September 5, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for leave to file a second amended complaint be denied. Doc. 69. Specifically, the magistrate judge found that the relevant factors—bad faith, undue delay, prejudice to the opposing party, futility of the amendment, and whether the plaintiff has previously amended the complaint—on balance weighed in favor of

denying the motion, although there was no evidence of bad faith. *Id.* at 6–8. The findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within thirty days after service. *Id.* at 8–9. No party has filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 5, 2025, Doc. 69, are adopted in full; and

2. Plaintiff's motion for leave to file a second amended complaint, Doc. 62, is denied.

IT IS SO ORDERED.

Dated:   October 23, 2025

UNITED STATES DISTRICT JUDGE

2