UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. REID,<br><br>        Plaintiff,<br><br>  v.<br><br>BARRY GREEN,<br><br>        Defendant. | Case No. 1:22-cv-00549-KES-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF THE EXPERT DISCLOSURE DEADLINE, IN PART<br><br>(ECF No. 81). |

      Plaintiff Walter R. Reid is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's Eighth Amendment claim against Defendant Green for deliberate indifference to his serious medical needs. (ECF No. 24).

      Now before the Court is Plaintiff's motion for an extension of the expert disclosure deadline, from its current date of November 26, 2025, to January 19, 2026. (ECF No. 81, *see* ECF No. 82). Plaintiff states that, because he does not have counsel, he needs to try to hire an expert on his own.

      Upon consideration, the Court will grant Plaintiff's motion to the extent that it will extend the expert disclosure deadline to January 7, 2026. Because of this extension, the Court will have to extend certain other deadlines, as specified below.

///

///

1

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion for an extension of the expert disclosure deadline is granted, in part. (ECF No. 81).

2. The Court's scheduling order (ECF No. 76) is modified as follows:

    a. Expert Disclosures: January 7, 2026

    b. Rebuttal Expert Disclosures: February 4, 2026

    c. Plaintiff's Pretrial Statement: January 14, 2026

    d. Defendant(s)' Pretrial Statement: January 14, 2026

3. The following dates remain as previously set:

    a. Motions for Attendance of Incarcerated Witnesses: December 9, 2025

    b. Oppositions to Motions For Attendance of Incarcerated Witnesses: January 9, 2026

    c. Pretrial Conference: February 9, 2026, Time: 1:30 p.m. Courtroom 6 (KES)

    d. Jury Trial: May 5, 2026, Time: 8:30 a.m. Courtroom 6 (KES)

IT IS SO ORDERED.

Dated: **November 19, 2025**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE