UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. REID,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>BARRY GREEN,<br>　　　　　Defendants. | 1:22-cv-00549-KES-EPG  (PC)<br><br>AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT WALTER R. REID, CD # P-68257, PLAINTIFF<br><br>**Zoom conference on February 9, 2026 at 1:30 p.m.** |

Walter R. Reid, inmate, CDC #P-68257, a necessary and material witness for himself in proceedings in this case on February 9, 2026, is confined at San Quentin Rehabilitation Center, San Quentin, CA 94974, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge Kirk E. Sherriff **by Zoom video conference from his place of confinement, on Monday, February 9, 2026, at 1:30 p.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a pretrial conference at the time and place above, until completion of court proceedings or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at San Quentin Rehabilitation Center, San Quentin, CA at (415) 454-6288 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Victoria Gonzalez, Courtroom Deputy, at vgonzalez@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of San Quentin Rehabilitation Center**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, by Zoom video conference, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **January 23, 2026**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE