UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. REID,<br>　　　　　Plaintiff,<br><br>v.<br><br>BARRY GREEN,<br>　　　　　Defendant. | 1:22-cv-00549-KES-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO PRODUCE<br>WALTER R. REID, CDCR# P-68257, VIA<br>ZOOM VIDEO CONFERENCE<br><br>DATE: March 18, 2026<br>TIME:  10:00 a.m. |

Walter R. Reid, inmate, CDCR# P-68257, a necessary and material witness in a settlement conference in this case on March 18, 2026, is confined at San Quentin Rehabilitation Center, 100 Main Street, San Quentin, CA 94964, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, by Zoom video conference from his place of confinement on March 18, 2026, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of San Quentin Rehabilitation Center, 100 Main Street, San Quentin, CA 94964**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, by Zoom video conference, until completion of the settlement conference, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.


Dated:   **February 18, 2026**         /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

