UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER REID,<br><br>　　　Plaintiff,<br><br>　v.<br><br>BARRY GREEN,<br><br>　　　Defendant. | Case No. 1:22-cv-00549-KES-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 92) |

Plaintiff Walter R. Reid is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's Eighth Amendment claim against Defendant Green for deliberate indifference to his serious medical needs. (ECF No. 24).

Plaintiff filed a third motion for the appointment of counsel, generally arguing that he needs counsel to litigate the complexities of a jury trial and that he was previously being assisted by someone in prison but that person is unavailable now. (ECF No. 92).

Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), *withdrawn in part on other grounds*, 154 F.3d 952 (9th Cir. 1998), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the Court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). *Rand*, 113 F.3d at 1525.

1

The Court will not order appointment of counsel. The Court has reviewed the record in this case, and the Court is unable to conclude that Plaintiff is likely to succeed on the merits of his claims. Moreover, it appears that Plaintiff can adequately articulate his claims *pro se*, as demonstrated by his recent ability to survive summary judgment and litigate his interests at the pretrial conference. (ECF Nos. 66, 94).

Accordingly, IT IS ORDERED that Plaintiff's third motion to appoint counsel is denied without prejudice. (ECF No. 92).

IT IS SO ORDERED.

Dated:    **March 5, 2026**          /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE