UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER R. REID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CMO JASON NASH, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00549-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO SET ASIDE SETTLEMENT AGREEMENT<br><br>Docs. 108, 114 |

Plaintiff Walter R. Reid is proceeding pro in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2026, the assigned magistrate judge, who conducted the settlement conference at issue in this action, issued findings and recommendations to deny plaintiff's motion to set aside the settlement agreement.  Doc. 114.  The parties were afforded fourteen (14) days within which to file any objections.  *Id*. at 11.  On May 15, 2026, plaintiff filed objections. Doc. 115.

Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

Accordingly, the Court ORDERS:

1. The findings and recommendations issued April 30, 2026, are ADOPTED in full.

2. Plaintiff's motion to set aside the settlement agreement (Doc. 114) is DENIED.

3. The terms of the settlement are as reflected in the written settlement agreement originally prepared by defendant.

4. The settlement is effective as of the date of this order, and all deadlines in the agreement will run from that date.

5. The Court retains jurisdiction over the settlement agreement.

IT IS SO ORDERED.

Dated:   June 10, 2026

_____
UNITED STATES DISTRICT JUDGE

2