UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WALTER R. REID,

Plaintiff,

v.

CMO JASON NASH, et al.,

Defendants.

Case No. 1:22-cv-00549-KES-EPG (PC)

ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(ECF No. 118)

On March 18, 2026, the parties reached a settlement in this case. (ECF Nos. 106, 114, 118). On June 10, 2026, the district judge issued an order (ECF No. 118) denying Plaintiff's motion to set aside the settlement agreement (ECF No. 114). The district judge also ordered that the "terms of the settlement are as reflected in the written settlement agreement originally prepared by defendant" and the "settlement is effective as of the date of this order, and all deadlines in the agreement will run from that date." (ECF No. 118 at 2).

In light of the district judge's June 10, 2026 order, this action has been terminated and has been dismissed with prejudice and without an award of costs or attorneys' fees. (ECF No. 111 at 3). Accordingly, the Clerk of Court is directed to close this case.

\\\

\\\

\\\

\\\

However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement. (ECF No. 118 at 2).

IT IS SO ORDERED.

Dated: **July 28, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE